**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff/Respondent,<br><br>    vs.<br><br>Ivan Ray Begay,<br><br>        Defendant/Movant. | No. CV-10-8221-PCT-PGR<br>NO. CR-00-1222-PCT-PGR<br><br>ORDER |

The Court having entered an Order (Doc. 8) and Judgment (Doc. 9) on March 7, 2011 dismissing the defendant/movant's motion filed pursuant to 28 U.S.C. § 2255,

IT IS ORDERED that the defendant/movant's [Motion] Requesting All Court Documents, and Part Written [sic] Objection of Denied Recommendation (Doc. 11), signed on March 5, 2011 and filed on March 10, 2011, is denied.

DATED this 14th day of March, 2011.

Paul G. Rosenblatt
United States District Judge